UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| SPENCER NEAL, | ) | CASE NO. 1:22-CV-00001 |
| | ) | |
| Plaintiff, | ) | JUDGE ROBERT J. JONKER |
| | ) | |
| vs. | ) | |
| | ) | |
| OM SHREE ASSOCIATES, LLC, | ) | **NOTICE OF DISMISSAL** |
| | ) | |
| Defendant. | ) | |
| | ) | |

NOW COMES the Plaintiff, by and through counsel, and hereby gives Notice of Dismissal pursuant to Fed. Civ. R. 41(a)(1)(A)(i). The parties have resolved the dispute and, as such, Plaintiff now desires the dismissal of all claims against Defendant with prejudice without costs or attorney's fees.

Respectfully submitted,

**/s/ *COLIN G. MEEKER***
Colin G. Meeker (#0092980)

Attorney for Plaintiff, SPENCER NEAL